IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| DAVID BYBEE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 1:12-CV-34 |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner on September 11, 2012, recommending that (1) Petitioner's petition to quash IRS summonses be denied, and (2) Respondent's Motion to Dismiss be granted.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after being served with a copy.  Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the

1

Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, Petitioner's petition to quash IRS summonses is DENIED and Respondent's motion to dismiss is GRANTED.

IT IS SO ORDERED.

DATED this 28th day of September, 2012.

_____
Dee Benson
United States District Judge